William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: earnhartw@lanepowell.com
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>      Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>      Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

TO:  The United States District Court
    For the District of Alaska at Anchorage

AND TO: Mark Clayton Choate, Esq.
    CHOATE LAW FIRM LLC
    424 N. Franklin Street
    Juneau, AK 99801

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the above-actual-named defendant, OTIS ELEVATOR COMPANY, has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Elizabeth A. Nortrier v. Otis Elevator Company*, filed in the Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-05-982 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the First Judicial District at Juneau and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto, Notice of Removal to Federal Court.

The grounds for removal are as follows: This case involves diversity. 28 U.S.C. § 1332.

Suit was filed by plaintiff in Alaska Superior Court, First Judicial District at Juneau, on or about December 19, 2005, and was served on defendant on or about December 29, 2005. (See attached Exhibit B).

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the State Court for the State of Alaska.

DATED this 26th day of January, 2006.

                LANE POWELL LLC
                Attorneys for Defendant

By   /s/ Andrea E. Girolamo Welp
      William A. Earnhart, ASBA 9411099
      Andrea E. Girolamo-Welp, ASBA 0211044

I certify that on January 26, 2006, a copy of the foregoing **Notice of Removal** was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

    /s/ Jean Pree

111065.0013/153323.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

Notice of Removal
*Elizabeth A. Nortrier v. Otis Elevator Company*    (Case No. _____)    Page 2 of 2