IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

ELIZABETH A. NORTRIER,

        Plaintiff,

v.

OTIS ELEVATOR COMPANY,

        Defendant.

Case No. 1JU-05-982 CI

**NOTICE OF REMOVAL TO FEDERAL COURT**

TO:    Clerk of Court
         Alaska Court System, First Judicial District at Juneau

AND TO:    Mark Clayton Choate, Esq.
            CHOATE LAW FIRM LLC
            424 N. Franklin Street
            Juneau, AK 99801

Please take notice that pursuant to the provisions of 28 U.S.C. §1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 1JU-05-982 CI, to the United States District Court for the District of Alaska at Anchorage from the Superior Court for the State of Alaska, First Judicial District at Juneau, was filed by the defendant, OTIS ELEVATOR COMPANY, on January 26, 2006, with the Clerk of the United States District Court for the District of Alaska at Juneau.

DATED this 26th day of January, 2006.

I certify that on January 26, 2006, a copy of the foregoing was served by mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

*[signature]*

111065.0013/153324.1

LANE POWELL LLC
Attorneys for Defendant

By *[signature]*
William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT  A
Page  1  of  1