**CT CORPORATION**
A Wolterskluwer Company

**Service of Process Transmittal**
12/29/2005
Log Number 510809660

RECEIVED JAN - 4 2006 LAW DEPT.

TO: Patrick Corcoran
Otis Elevator Company
One Farm Springs
Farmington, CT, 06032-

RE: **Process Served in Alaska**

FOR: Otis Elevator Company (Domestic State: NJ)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| TITLE OF ACTION: | Elizabeth A. Nortrier, Pltf. vs. Otis Elevator Company, Dft. |
| DOCUMENT(S) SERVED: | Summons and Complaint |
| COURT/AGENCY: | Superior Court at Juneau, AK<br>Case # 1JU05982CIV |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - Plaintiff alleges unsafe elevator conditions caused malfunction of elevator in the State Office Building in Juneau, Alaska, resulting in injuries to plaintiff's spine. Plaitiff seeks various damages. |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Juneau, AK |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 12/29/2005 postmarked on 12/28/2005 |
| APPEARANCE OR ANSWER DUE: | Within 20 Days |
| ATTORNEY(S) / SENDER(S): | Mark Clayton Choate<br>Choate Law Firm, LLC<br>424 North Franklin Street<br>Juneau, AK, 99801<br>907-586-4490 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 790763021076 |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>801 West Tenth Street<br>Suite 300<br>Juneau, AK, 99801 |
| TELEPHONE: | 907-586-3340 |

Page 1 of 1 / LL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

EXHIBIT B
Page 1 of 1