William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-Mail:  earnhartw@lanepowell.com
E-Mail:  girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>                            Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                            Defendant. | Case No. J06-0003 CV (JWS)<br><br><br><br><br>**ANSWER TO COMPLAINT FOR**<br>**<u>PERSONAL INJURIES</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

COMES NOW defendant, Otis Elevator Company, by and through counsel, and for its answer to plaintiff's complaint, states and alleges as follows:

**VENUE AND JURISDICTION**

1.    Upon information and belief, admitted that the alleged incident took place in Juneau, Alaska on or about January 5, 2004; however, denied that jurisdiction and venue lie exclusively in the First Judicial District.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

2.    Upon information and belief, admitted.

3.    Admitted.

**FIRST CAUSE OF ACTION**

**Negligence**

4.    Defendant reincorporates and realleges paragraph 1 through 3 above, and admits or denies the allegations contained in paragraph 4 only to the extent previously admitted or denied.

5.      Defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in the first sentence of this paragraph, and therefore denies same.  Defendant also denies that the elevator was manufactured and installed by it, but admits that it was under contract at the time to inspect and maintain said elevator.

6.      Defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore denies same.

7.      Defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore denies same.

8.      Admitted that defendant had certain duties to inspect and maintain subject elevator; however, denied that defendant installed the subject elevator, that the alleged malfunction is attributable to defendant's action(s) or inaction(s), or that the alleged malfunction of the elevator was a direct and proximate cause of any duty owed by defendant.  Further, denied that defendant breached any duty of care with respect to subject elevator.

9.      This paragraph calls for a legal conclusion, therefore, no answer is required; however, if an answer is required, then defendant denies the allegations in this paragraph.

## SECOND CAUSE OF ACTION

### Res Ipsa Loquitur

10.     Defendant reincorporates and realleges paragraph 1 through 9 above, and admits or denies the allegations contained in paragraph 10 only to the extent previously admitted or denied.

11.     Denied.

12.     Denied that defendant had exclusive control over the subject elevator or that it had a duty to install the subject elevator.  Admitted that defendant had certain duties to inspect and maintain subject elevator, but denied that defendant breached those duties.

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

13.    Denied.  (We assume that plaintiff means "plaintiff" and not "defendant" in her paragraph 13.)

14.    Defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and therefore denies same.

15.    Defendant lacks the knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in this paragraph, and, therefore, denies same.

16.    Denied

## AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses, defendant states as follows:

1.    Plaintiff's complaint fails to state a cause of action upon which relief can be granted.

2.    Plaintiff's injuries, if any, were caused, in whole or in part, by plaintiff's own negligence.

3.    Plaintiff's damages, if any, were caused, in whole or in part, by third parties over whom defendant had no control.

4.    Plaintiff has failed to mitigate damages.

5.    Defendant reserves the right to add affirmative defenses as may be discovered through future discovery.

## PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's complaint, and having set forth defendant's affirmative defenses, defendant prays for relief as follows:

(1)    That plaintiff's complaint be dismissed with prejudice;

(2)    That defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

(3)    For such further relief as this court deems equitable and just.

DATED this  30th day of January, 2006.

> LANE POWELL LLC
> Attorneys for Defendant
>
>
> By  /s/Andrea E. Girolamo-Welp_____
>     Andrea E. Girolamo-Welp,
>     301 West Northern Lights Boulevard, Suite 301
>     Anchorage, AK 99503-2648
>     Telephone:  907-277-9511
>     Facsimile:  907-276-2631
>     E-mail:  girolamoa@lanepowell.com
>     ASBA 0211044

I certify that on January  30, 2006, a copy
of the foregoing Answer To Complaint For
Personal Injuries was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo_____
111065.0013/153220.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone  907.277.9511   Facsimile  907.276.2631