William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: earnhartw@lanepowell.com
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>       Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>       Defendant. | Case No. J06-0003 CV (JWS)<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Defendant, Otis Elevator Company, through its counsel of record, Lane Powell LLC, provides that it is a wholly owned subsidiary of United Technologies Corporation.

DATED this 30th day of January, 2006.

       LANE POWELL LLC
       Attorneys for Defendant


       By /s/Andrea E. Girolamo-Welp
        Andrea E. Girolamo-Welp,
        301 West Northern Lights Boulevard, Suite 301
        Anchorage, AK 99503-2648
        Telephone: 907-277-9511
        Facsimile: 907-276-2631
        E-mail: girolamoa@lanepowell.com
        ASBA 0211044

I certify that on January 30, 2006, a copy
of the foregoing Answer To Complaint For
Personal Injuries was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

/s/ Andrea E. Girolamo
111065.0013/153374.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Rule 7.1 Corporate Disclosure**
*Elizabeth A. Nortrier v. Otis Elevator Company*          (Case No. J06-0003 CV (JWS))          Page 2 of 2