William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-Mail:  earnhartw@lanepowell.com
E-Mail:  girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>           Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>           Defendant. | Case No. J06-0003 CV (JWS)<br><br>**DEFENDANT'S NOTICE OF FILING SERVICE LIST** |

COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of January 30, 2006, files Defendant's Notice of Filing Service List.

Counsel for the parties are as follows:

Plaintiff

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Telephone:  907-586-4490
Facsimile:  907-586-6633
E-mail:  markcchoate@yahoo.com

Defendant

William A. Earnhart, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  earnhartw@lanepowell.com

Andrea E. Girolamo-Welp, Esq.
LANE POWELL LLC
301 W. Northern Lights Blvd., Ste 301
Anchorage, AK 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
E-mail:  girolamoa@lanepowell.com

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

DATED this 31st day of January, 2006.

        LANE POWELL LLC
        Attorneys for Defendant


By /s/Andrea E. Girolamo-Welp
    Andrea E. Girolamo-Welp,
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, AK 99503-2648
    Telephone: 907-277-9511
    Facsimile: 907-276-2631
    E-mail: girolamoa@lanepowell.com
    ASBA 0211044

I certify that on January 31, 2006, a copy of the foregoing Defendant's Notice of Filing Service List was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo-Welp
111065.0013/153398.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Defendant's Notice of Filing Service List**
*Elizabeth A. Nortrier v. Otis Elevator Company*     (Case No. J06-0003 CV (JWS))     Page 2 of 2