William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: earnhartw@lanepowell.com
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>      Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>      Defendant. | Case No. J06-0003 CV (JWS)<br><br>**DEFENDANT'S NOTICE OF FILING**<br>**<u>STATE COURT RECORD</u>** |

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

  COMES NOW Defendant, by and through counsel of record, Lane Powell LLC, and pursuant to the Court's Order of January 30, 2006, attaches hereto a full and complete copy of the State Court's file in *Elizabeth A. Nortrier v. Otis Elevator Company,* Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-05-982 CI.

| | | |
|---|---|---|
| A. | Plaintiff | Complaint filed December 19, 2005<br>Summons issued December 19, 2005<br>Case Description filed December 19, 2005 |
| B. | Plaintiff | Demand For Jury Trial filed December 19, 2005 |
| C. | Defendant | Entry of Appearance filed January 19, 2006 |
| D. | Defendant | Demand For Jury Trial filed January 19, 2006 |
| E. | Defendant | Notice of Removal To Federal Court filed January 30, 2006 |

DATED this 31st day of January, 2006.

        LANE POWELL LLC
        Attorneys for Defendant

By /s/Andrea E. Girolamo-Welp
   Andrea E. Girolamo-Welp,
   301 West Northern Lights Boulevard, Suite 301
   Anchorage, AK 99503-2648
   Telephone: 907-277-9511
   Facsimile: 907-276-2631
   E-mail: girolamoa@lanepowell.com
   ASBA 0211044

I certify that on January 31, 2006, a copy of the foregoing Defendant's Notice of Filing State Court Records was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo-Welp
111065.0013/153396.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631