Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Copy
Original Received

DEC 1 9 2005

Clerk of the Trial Courts

Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

ELIZABETH A. NORTRIER, )
　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
vs. )
　　　　　　　　　　　　　　　)
OTIS ELEVATOR COMPANY, )
　　　　　　　　　　　　　　　)
　　　　　　Defendant. )  Case No. 1JU-05-_982_ CIV.
_____)

**COMPLAINT FOR PERSONAL INJURIES**

COMES NOW the plaintiff, ELIZABETH A. NORTRIER, by and through counsel, and for causes of action against the defendant, alleges as follows:

**VENUE AND JURISDICTION**

1.　　The allegations in this Complaint arise from an elevator malfunction which injured the plaintiff in the State Office Building in Juneau Alaska on January 5, 2004. Venue is proper in the First Judicial District under ARCP Rule 3(c).

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

2.　　At all times mentioned herein Plaintiff, ELIZABETH A. NORTRIER, was and is a resident of Juneau, Alaska, in the First Judicial District.

COMPLAINT
*Nortrier v. Otis Elevator Company*
Page 1 of 4

EXHIBIT _A_
PAGE _1_ OF _7_

3. At all times mentioned herein, Defendant, OTIS ELEVATOR COMPANY, was a New Jersey Corporation, licensed to do business and doing business in the State of Alaska.

## FIRST CAUSE OF ACTION

### Negligence

4. Plaintiff re-alleges the allegations of paragraphs 1 through 3 as if herein restated in full.

5. On January 5, 2004, Plaintiff, ELIZABETH A. NORTRIER, an employee of the State of Alaska, entered an elevator in the State Office Building with the intention of traveling from the fourth to the eighth floor. The elevator was manufactured by defendant OTIS ELEVATOR COMPANY and on information and belief was installed, inspected and maintained by the OTIS ELEVATOR COMPANY.

6. Immediately upon entering the elevator, it proceeded to descend rapidly to the first floor, stopping abruptly. It then ascended rapidly immediately to the eighth floor, again stopping abruptly. The elevator repeated this cycle until maintenance workers were able to turn it off and assist plaintiff in exiting the elevator between the first and second floors through the use of a ladder.

7. Each abrupt stop and start of the elevator jarred and compressed plaintiff's spine and other joints. She immediately felt pain as a result of the malfunction of the elevator and has been under doctor care and supervision since that time.

8. Defendant had a duty to properly install, inspect and maintain the subject elevator. The malfunction of the elevator was a direct and proximate cause of the defendant's breach of that duty of care.

COMPLAINT
*Nortrier v. Otis Elevator Company*
Page 2 of 4

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490   FAX: (907) 586-6633
email: lawyers@choatene.com

EXHIBIT  A
PAGE  2  OF  7

9. As a proximate result of that breach of duty, plaintiff suffered significant and permanent injuries, both physical and emotional, as a result of the repeated and unexpected rapid descents and ascents of the elevator.

## SECOND CAUSE OF ACTION

### Res Ipsa Loquitur

10. Plaintiff re-alleges the allegations of paragraphs 1 through 5 as if herein restated in full.

11. The malfunction of the subject elevator described herein would not have occurred in the absence of negligence.

12. At all times, defendant had exclusive control over the subject elevator and had a duty to properly install, inspect and maintain it.

13. Neither the defendant nor any third party was responsible for or could cause the elevator to malfunction.

14. Defendant is legally responsible under the doctrine of *res ipsa loquitur* for plaintiff's injuries resulting from the malfunction of the subject elevator.

15. Plaintiff's damages include physical injury, emotional injury, loss of employment and capacity to work, past and future medicals, plus general damages for loss of quality of life, pain and suffering, and other related injuries.

16. Plaintiff's damages exceed $100,000.00, the exact amount to be demonstrated at time of trial.

WHEREFORE, plaintiff prays for judgment against defendants as follows:

1. General damages in an amount that will conform to proof at time of trial;

COMPLAINT
*Nortrier v. Otis Elevator Company*
Page 3 of 4

EXHIBIT  A
PAGE  3  OF  7

2. Special damages in an amount in within the jurisdictional limits of the District Court and according to proof;

3. Loss of earnings and impaired future earning capacity according to proof;

4. Medical and incidental expenses, past and future, according to proof;

5. For prejudgment interest and post-judgment interest as provided by law;

6. For punitive and exemplary damages against defendant according to proof;

7. Such other and further relief as this Court deems proper.

DATED this 16th day of December, 2005 at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

By: _____
Mark Clayton Choate, 8011070
Jessica L. Srader, 0412105

COMPLAINT
*Nortrier v. Otis Elevator Company*
Page 4 of 4

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490    FAX: (907) 586-6633
email: lawyers@choatenet.com

Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

ELIZABETH A. NORTRIER, )
            )
    Plaintiff, )
vs. )
            )
OTIS ELEVATOR COMPANY, )
            )
    Defendant. )  Case No. 1JU-05-982 CIV.
_____)

**SUMMONS**

TO:   OTIS ELEVATOR COMPANY
      c/o CT CORPORATION SYSTEM
      801 W. 10th Street, Ste. 300
      Juneau, AK 99801

YOU ARE HEREBY SUMMONED and required to serve upon the JUNEAU TRIAL COURTS, Dimond Courthouse, P.O. Box 114100, Juneau, Alaska 99811-4100, and a copy upon the Choate Law Firm LLC, 424 N. Franklin Street, Juneau, AK 99801; an Answer to the Complaint which is herewith served upon you, within 20 days after the service of this Summons upon you. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

EXHIBIT A
PAGE 5 OF 7

RESPECTFULLY SUBMITTED on this 19 day of December, 2005 at Juneau, Alaska.

Clerk of the Court

Deputy

THIS CASE FORMALLY ASSIGNED TO JUDGE LARRY WEEKS BY ORDER OF THE PRESIDING JUDGE

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490   FAX: (907) 586-6633
email: lawyers@choatenet.com

EXHIBIT A
PAGE 6 OF 7

Staple beneath Counsel of Record card.

## CASE DESCRIPTION

Case No. _1JU-05-982 CIV_   ☐ District Court   ☑ Superior Court

1. Check the box below that best describes the case. Mark <u>one</u> box only.

<u>Cases Subject to Civil Rule 16(b)</u>

**CONTRACT**
*Contract cases involving real property should be reported under the real property category.*
☐ Debt Collection (DEB)
☐ Claim Against Seller of Goods/Services (CLM)
☐ Employment Dispute (EMP)
☐ Other Contract (OCT)

**TORT**
☐ Intentional Tort (e.g., assault, battery, vandalism) (INT)
☐ Slander/Libel/Defamation (SLD)
☐ Product Liability (PRL)
☐ Wrongful Death (PID)

Automobile Negligence
☑ Personal Injury Only (PIA)
☐ Property Damage Only (PDA)
☐ Both (IDA)

Other Negligence
☑ Personal Injury Only (PIO)
☐ Property Damage Only (PDO)
☐ Both (IDO)

**MALPRACTICE**
☐ Medical Malpractice (MMP)
☐ Legal Malpractice (LMP)
☐ Other Malpractice (OMP)

**REAL PROPERTY**
☐ Foreclosure (FOR)
☐ Real Property Action (REM)

**OTHER CIVIL**
☐ Declaratory Judgment/Injunctive Relief (INJ)
☐ Other (OCI). Please describe
_____

<u>Cases Exempt From Civil Rule 16(b)</u>

**DOMESTIC RELATIONS**
☐ Dissolution Without Children (DIS)
☐ Dissolution With Children (DSC)
☐ Dissolution - One Spouse (DOS)
☐ Divorce Without Children (DIV)
☐ Divorce With Children (DVC)
☐ Legal Separation Without Children (LSP)
☐ Legal Separation With Children (LSC)
☐ Custody (CUS)
☐ Paternity (PAT)
☐ UIFSA - Child Support/Payment (UIF)
☐ License Action Review - Child Support (LAR)
☐ Other Domestic Relations (ODR)

**OTHER CIVIL**
☐ Application For Post-Conviction Relief (PCR)
☐ Arbitration Proceeding (ARB)
☐ Change of Name (CON)
☐ Condemnation (CDM)
☐ Eviction - F.E.D. (FED)
☐ Registration of Foreign Judgment (FOJ)
☐ Habeas Corpus (HAB)
☐ Minor Settlement (MIN)
☐ Election Contest or Recount Appeal (ELE)
(Forward immediately to assigned judge.)

**APPEALS & PETITIONS TO SUPERIOR COURT**
☐ Appeal – Administrative Agency (ADR)
☐ Appeal – Civil or Small Claims (ACI)
☐ Appeal – Criminal (ACR)
☐ Appeal – Minor Offense (AMO)
☐ Petition for Review from District Court (PRD)
☐ Petition for Review from Admin. Agency (PRA)

2. If you checked a box in the first column, fill in the name of each defendant below, one name per line.

| Name of Defendant | Appearance | Answer | Request for Entry of Default | Notice of Dismissal by Plaintiff | Confession of Judgment |
|---|---|---|---|---|---|
| OTIS ELEVATOR COMPANY | ☐ | ☐ | ☐ | ☐ | ☐ |
|  | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Defendant list continued on back.

CIV-125 (10/04)(os)(ht-front) CASE DESCRIPTION         Civil Rules 3(a) and 16(b) & (g)

EXHIBIT _A_
PAGE _7_ OF _7_