Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin
Juneau, Alaska 99801
Telephone: (907) 586-4490
Facsimile: (907) 586-6633

Copy
Original Received

DEC 19 2005

Clerk of the Trial Courts

Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTRIER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| OTIS ELEVATOR COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 1JU-05-982 CIV. |

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, ELIZABETH A. NORTRIER, by and through her undersigned attorneys, and requests a Jury Trial in this matter.

DATED this 16th day of December 2005 at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

By: _____
Mark Clayton Choate, 8011070
Jessica L. Srader, 0412105

EXHIBIT B
PAGE 1 OF 1