IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

ELIZABETH A. NORTRIER,

          Plaintiff,

v.

OTIS ELEVATOR COMPANY,

          Defendant.

Case No. 1JU-05-982 CI

**ENTRY OF APPEARANCE**

COMES NOW the law firm of Lane Powell LLC and enters its appearance as attorneys of record on behalf of defendant, Otis Elevator Company, and requests that copies of all pleadings filed in this action be mailed or delivered to its offices at 301 West Northern Lights Boulevard, Suite 301, Anchorage, Alaska 99503-2648.

DATED this 17th day of January, 2006.

          LANE POWELL LLC
          Attorneys for Defendant

          By [signature]
          William A. Earnhart, ASBA 11099

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

I certify that on January 17, 2006, a copy of the foregoing was served by fax and mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

[signature]

000000.0000/153135.1

EXHIBIT C
PAGE 1 OF 1