IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>　　　　　　　Defendant. | Case No. 1JU-05-982 CI<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW the defendant, Otis Elevator Company, by and through its counsel, the law firm of Lane Powell LLC, and requests and demands a trial by jury on all issues triable of right by jury in the above-captioned matter.

DATED this 17th day of January, 2006.

　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　William A. Earnhart, ASBA 9411099

I certify that on January 17, 2006, a copy of the foregoing was served by fax and mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

_____

000000.0000/153137.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511　Facsimile 907.276.2631

EXHIBIT D
PAGE 1 OF 1