IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>                  Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                  Defendant. | Case No. 1JU-05-982 CI<br><br>**NOTICE OF REMOVAL TO<br>FEDERAL COURT** |

TO:         Clerk of Court
             Alaska Court System, First Judicial District at Juneau

AND TO:   Mark Clayton Choate, Esq.
             CHOATE LAW FIRM LLC
             424 N. Franklin Street
             Juneau, AK 99801

Please take notice that pursuant to the provisions of 28 U.S.C. §1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A, effecting the removal for all purposes of the above-captioned action, Case No. 1JU-05-982 CI, to the United States District Court for the District of Alaska at Anchorage from the Superior Court for the State of Alaska, First Judicial District at Juneau, was filed by the defendant, OTIS ELEVATOR COMPANY, on January 26, 2006, with the Clerk of the United States District Court for the District of Alaska at Juneau.

DATED this 26th day of January, 2006.

LANE POWELL LLC
Attorneys for Defendant

By *[signature]*
William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044

I certify that on January 26th, 2006, a copy of the foregoing was served by mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

*[signature] Jean Free*

111065.0013/153324.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

EXHIBIT _E_
PAGE _1_ OF _3_

William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: earnhartw@lanepowell.com
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

## IN THE UNITED STATE DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>                    Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>                    Defendant. | Case No. _____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:        The United States District Court
           For the District of Alaska at Anchorage

AND TO:    Mark Clayton Choate, Esq.
           CHOATE LAW FIRM LLC
           424 N. Franklin Street
           Juneau, AK 99801

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the above-actual-named defendant, OTIS ELEVATOR COMPANY, has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Elizabeth A. Nortrier v. Otis Elevator Company*, filed in the Superior Court for the State of Alaska, First Judicial District at Juneau, Case No. 1JU-05-982 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the First Judicial District at Juneau and that said action has thereby been removed from the Superior Court to the United States District Court. *See* Exhibit A hereto, Notice of Removal to Federal Court.

EXHIBIT __A__
Page __1__ of __2__

EXHIBIT __E__
PAGE __2__ OF __3__

The grounds for removal are as follows: This case involves diversity. 28 U.S.C. § 1332.

Suit was filed by plaintiff in Alaska Superior Court, First Judicial District at Juneau, on or about December 19, 2005, and was served on defendant on or about December 29, 2005. (See attached Exhibit B).

Based on the above, this Court has both original and removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the State Court for the State of Alaska.

DATED this 26th day of January, 2006.

LANE POWELL LLC
Attorneys for Defendant

By ___/s/ Andrea E. Girolamo Welp___
William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044

I certify that on January 26, 2006, a copy of the foregoing **Notice of Removal** was served by electronic mail on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

___/s/ Jean Pree___

111065.0013/153323.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

EXHIBIT _A_
Page _2_ of _2_

Notice of Removal
*Elizabeth A. Nortrier v. Otis Elevator Company*     (Case No. _____)     Page 2 of 2

EXHIBIT _E_
PAGE _3_ OF _3_