William A. Earnhart, ASBA 9411099
Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: earnhartw@lanepowell.com
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTRIER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>　　　　　　　　　Defendant. | Case No. J06-0003 CV (JWS)<br><br>**SCHEDULING AND PLANNING<br>CONFERENCE REPORT** |

1.　**Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held by telephone on February 16, 2006, and was attended by

　　　Mark Clayton Choate, attorney for plaintiff Elizabeth Nortrier

　　　Andrea E. Girolamo-Welp, attorney for defendant Otis Elevator Company

The parties recommend the following:

2.　**Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

　　　☐ have been exchanged by the parties

　　　☒ will be exchanged by the parties by March 9, 2006

　　　Proposed changes to disclosure requirements: None

　　　Preliminary witness lists

　　　　　☐ have been exchanged by the parties in their initial disclosures

　　　　　☒ will be exchanged by the parties by March 9, 2006

3.　**Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Liability and damages

4.　**Discovery Plan.** The parties jointly propose to the court the following discovery plan:

　　　A.　Discovery will be needed on the following issues: Liability and damages

    B.    All discovery commenced in time to be completed by <u>February 2, 2007</u> ("discovery close date").

    C.    Limitations on Discovery.

        1.    Interrogatories.

           ☒ No change from F.R.Civ.P. 33(a)

           ☐ Maximum of _____ by each party to any other party.

           Responses due 30 (33 if mailed) after date of service.

        2.    Requests for Admission.

           ☒ No change from F.R.Civ.P. 36(a)

           ☐ Maximum of _____ requests.

           Responses are due 30 (33 if mailed) after date of service.

        3.    Depositions.

           ☒ No change from F.R.Civ.P. 36(a), (d).

           ☐ Maximum of _____ deposition by each party.

           Deposition are not to exceed _____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

        ☒ Not later than 90 days before close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

        ☐ Reports due:

        From plaintiff on _____    From defendant on _____

    E.    Supplementation of disclosures and discovery responses are to be made:

        ☐ Periodically at 60-day intervals from the entry of the scheduling and planning order.

        ☒ As new information is acquired, but not later than 60 days before close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom the party may wish to call at trial, will be due:

        ☒ 45 days prior to the close of discovery.

        ☐ Not later than _____.

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

5. **Pretrial Motions.**
   - ☒ No change from D.Ak. LR 16.1(c).
   - The following changes to D.Ak LR 16.1(c) [Check and complete all that apply]
   - ☐ Motions to amend the pleadings or add parties to be filed not later than _____.
   - ☐ Motions under the discovery rules must be filed not later than _____.
   - ☐ Motions *in limine* and dispositive motions must be filed not later than _____

6. **Other Provisions.**
   A. ☒ The parties do not request a conference with the court before entry of the scheduling order.
   
   ☐ The parties request a scheduling conference with the court on the following issue(s): _____.
   
   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]
   - ☐ This matter is not considered a candidate for court-annexed alternative dispute resolution.
   - ☒ The parties will file a request for alternative dispute resolution not later than <u>October 16, 2006</u>.
   - ☒ Mediation   ☐ Early Neutral Evaluation
   
   C. The parties ☐ do ☒ do not consent to trial before a magistrate judge.
   
   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1
   - ☒ All parties have complied   ☐ Compliance not required by any party

7. **Trial.**
   A. This matter will be ready for trial: by:
   - ☒ 45 days after the discovery close date.
   - ☐ not later than _____
   
   B. The matter is expected to take __5__ days to try.
   
   C. Jury demanded   ☒ Yes   ☐ No
   Right to jury trial disputed?   ☐ Yes   ☒ No

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

CHOATE LAW FIRM LLC
Attorney for Plaintiff


DATED: February 27, 2006

By /s/ Mark Clayton Choate
Mark Clayton Choate
424 N. Franklin Street
Juneau, AK 99801
Telephone 907-586-4490
Facsimile 907 586-6633
E-mail lawyers@choatenet.com
ASBA No. 8011070


LANE POWELL LLC
Attorneys for Defendant


DATED: February 27, 2006

By /s/ Andrea E. Girolamo-Welp
Andrea E. Girolamo-Welp
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail girolamoa@lanepowell.com
ASBA No. 0211044


I certify that on February 27, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Jean Pree

111065.0013/153697.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Scheduling and Planning Conference Report**
*Elizabeth A. Nortrier v. Otis Elevator Company*   (Case No. J06-0003 CV (JWS))   Page 4 of 4

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

CHOATE LAW FIRM LLC
Attorney for Plaintiff

DATED: February 27, 2006

By /s/ Mark Clayton Choate
Mark Clayton Choate
424 N. Franklin Street
Juneau, AK 99801
Telephone 907-586-4490
Facsimile 907 586-6633
E-mail lawyers@choatenet.com
ASBA No. 8011070

LANE POWELL LLC
Attorneys for Defendant

DATED: February 27, 2006

By /s/ Andrea E. Girolamo-Welp
Andrea E. Girolamo-Welp
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone 907-277-9511
Facsimile 907-276-2631
E-mail girolamoa@lanepowell.com
ASBA No. 0211044

I certify that on February 27, 2006, a copy
of the foregoing Scheduling and Planning
Conference Report was served electronically on:

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo-Welp

111065.0013/153697.1