# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*ELIZABETH A. NORTRIER*      v.   *OTIS ELEVATOR COMPANY*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 1:06-cv-00003 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date: March 30, 2006

---

    Paragraph 8(e) of the Scheduling and Planning Order at docket 12 is corrected to read as follows: Comply with Federal Rules of Civil Procedure.