Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALSAKA AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTIER,      )<br>                                              )<br>           Plaintiff,            )<br>                                              )<br>vs.                                        )<br>                                              )<br>OTIS ELEVATOR COMPANY,  )<br>                                              )<br>           Defendants.         )<br>_____)  | Case No.  J06-0003 CV (JWS) |

## MOTION TO AMEND CAPTION

Plaintiff, ELIZABETH A. NORTIER, by and through counsel, hereby asks the court, pursuant to FRCP 15(a), for leave to amend her caption, *Nunc Pro Tunc*, simply correcting the spelling of her last name from "Nortrier" to "Nortier".

Respectfully submitted,
CHOATE LAW FIRM LLC

s/*Mark Choate*
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

# **PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska.. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On April 21, 2006, I served the foregoing document described as **Motion to Amend Caption,** on the interested parties in this action by serving the original true copies, addressed as follows:

William Earnhart                                          Attorney For: Otis Elevator Company
Lane Powell Spears Lubersky, LLP
301 W. Northern Lights Blvd. Suite 301
Anchorage, AK 99503
Phone: (907) 264-3323
Fax: (907) 276-2631

☒ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s)..

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system,.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed April 21, 2006

s/*Mark Choate*
_____
m
Mark C. Choate #8011070
CHOATE LAW FIRM, LLC

*Nortier v. Otis Elevator*                                    2
Case No. J06-003 CV (JWS)