Mark Clayton Choate, Esq., AK #8011070
Jessica L. Srader, Esq., AK #0412105
CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALSAKA AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTIER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| OTIS ELEVATOR COMPANY, | ) ) ) Case No.  J06-0003 CV (JWS) |
| Defendants. | ) ) ) |

## ORDER NUNC PRO TUNC AMENDING CAPTION

Having come for consideration upon plaintiff's motion and good cause appearing;

IT IS HEREBY ORDERED that the caption should be amended to reflect the correct spelling of plaintiff's last name:  Nortier.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of April, 2006.

/s/ John W. Sedwick_____
John W. Sedwick
United States District Judge