```
William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys Defendant Otis Elevator Company
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ELIZABETH A. NORTIER,            )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>     v.                           )<br>                                  )<br>OTIS ELEVATOR COMPANY,            )<br>                                  )<br>          Defendant.              ) Case No. 1:06-cv-0003-JWS<br>                                  ) | |

**NOTICE OF CHANGE OF ADDRESS**

William A. Earnhart, counsel for defendant Otis Elevator Company, hereby serves notice of his change of address to the following firm:

```
        William A. Earnhart
        RICHMOND & QUINN
        360 "K" Street, Suite 200
        Anchorage, Alaska 99501
        Telephone:  (907) 276-5727
        Facsimile:  (907) 276-2953
        wearnhart@richmondquinn.com
```

DATED this 2nd day of June, 2006, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
OTIS ELEVATOR COMPANY


By: ___s/ William A. Earnhart___
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar. No. 9411099


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 2nd day of June, 2006 to:

Mark C. Choate
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801


/s/ William A. Earnhart_____
    RICHMOND & QUINN

2240\001\PLD\ADDRESS CHANGE