# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  ELIZABETH A. NORTIER    v.    OTIS ELEVATOR COMPANY

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO.   1:06-cv-00003 JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 2, 2006

        The motion at docket 14 to correct the spelling of plaintiff's last name is **GRANTED**.  It is hereby deemed that wherever "Nortrier" appears in papers filed prior to the filing of this order that the name will be read as "Nortier." Henceforth, all parties shall use Nortier rather than Nortrier in any papers filed in this litigation.

        The Clerk will please make any changes necessary in the court's records to reflect the correct name for plaintiff.

[]{IA.WPD*Rev.12/96}