Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTIER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>　　　　　　　　　Defendant. | Case No. J06-0003 CV (JWS)<br><br>**MOTION TO WITHDRAW<br>ANDREA E. GIROLAMO-WELP<br>AS ATTORNEY FOR DEFENDANT** |

　　　　Pursuant to Civil Rule 81(e), Andrea E. Girolamo-Welp of Lane Powell LLC, counsel for defendant, requests to withdraw as an attorney from the above-captioned case and William A. Earnhart of Richmond & Quinn, may continue as attorney of record for defendant.

　　　　Mr. Earnhart left Lane Powell LLC on May 30, 2006, and is no longer associated with Lane Powell LLC. Mr. Earnhart took this case with him to Richmond & Quinn. Mr. Earnhart filed his Notice of Change of Address on June 12, 2006. Ms. Girolamo-Welp is no longer actively defending this case, and therefore requests that she be removed from the service list.

　　　　DATED this 14th day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　　　　　　　　　　　By /s/Andrea E. Girolamo-Welp
　　　　　　　　　　　　　　　　　　　　　　　Andrea E. Girolamo-Welp,
　　　　　　　　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　　　　　　　　　　Anchorage, AK 99503-2648
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 907-277-9511
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 907-276-2631
　　　　　　　　　　　　　　　　　　　　　　　E-mail: girolamoa@lanepowell.com
　　　　　　　　　　　　　　　　　　　　　　　ASBA 0211044

I certify that on August 14, 2006, a copy of the foregoing was served by electronic mail on:

William A. Earnhart, Esq.
Richmond & Quinn PC
360 K Street, Suite 200
Anchorage, AK  99501

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo-Welp
111065.0013/156165.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Motion to Withdraw Andrea E. Girolamo-Welp as Attorney for Defendant**
*Elizabeth A. Nortrier v. Otis Elevator Company* **(Case No. J06-0003 CV (JWS))**   Page 2 of 2