Andrea E. Girolamo-Welp, ASBA 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
E-Mail: girolamoa@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ELIZABETH A. NORTIER,<br><br>            Plaintiff,<br><br>v.<br><br>OTIS ELEVATOR COMPANY,<br><br>            Defendant. | Case No. J06-0003 CV (JWS)<br><br>**ORDER GRANTING<br>MOTION TO WITHDRAW<br><u>AS ATTORNEY FOR DEFENDANT</u>** |

THIS COURT having reviewed the Motion to Withdraw Andrea E. Girolamo-Welp as Attorney for Defendant,

IT IS HEREBY ORDERED that Andrea E. Girolamo-Welp of Lane Powell LLC be allowed to withdraw as counsel for defendant as she is no longer actively defending this case; and that William A. Earnhart of Richmond & Quinn PC be allowed to continue as counsel of record for defendant.

IT IS FURTHER ORDERED that Andrea E. Girolamo-Welp be removed from the service list.

DATED this ____ day of August, 2006.

_____
The Honorable John W. Singleton
United States District Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

I certify that on August 14, 2006, a copy
of the foregoing was served by electronic mail on:

William A. Earnhart, Esq.
Richmond & Quinn PC
360 K Street, Suite 200
Anchorage, AK  99501

Mark Clayton Choate, Esq.
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801

/s/ Andrea E. Girolamo-Welp

111065.0013/156167.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511   Facsimile  907.276.2631

*Elizabeth A. Nortrier v. Otis Elevator Company* **(Case No. J06-0003 CV (JWS))**     **Page 2 of 2**