IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| ELIZABETH A. NORTIER, | |
|---|---|
| Plaintiff, | Case No. J06-0003 CV (JWS) |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT** |
| OTIS ELEVATOR COMPANY, | |
| Defendant. | |

THIS COURT having reviewed the Motion to Withdraw Andrea E. Girolamo-Welp as Attorney for Defendant,

IT IS HEREBY ORDERED that Andrea E. Girolamo-Welp of Lane Powell LLC be allowed to withdraw as counsel for defendant as she is no longer actively defending this case; and that William A. Earnhart of Richmond & Quinn PC be allowed to continue as counsel of record for defendant.

IT IS FURTHER ORDERED that Andrea E. Girolamo-Welp be removed from the service list.

DATED this 15th day of August, 2006.

/s/ Honorable John W. Sedwick
United States District Judge

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631