CHOATE LAW FIRM LLC
424 N. Franklin Street
Telephone: (907) 586-4490
Facsimile:  (907) 586-6633

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| ELIZABETH A. NORTIER, ) | |
|           Plaintiff, ) | |
| vs. ) | |
| OTIS ELEVATOR COMPANY, ) | |
|           Defendant. ) | Case No. 1:06-CV-00003 JWS |

## NON-OPPOSED MOTION TO DISMISS

      The plaintiff, through counsel, herein moves to dismiss this action without prejudice, each party to bear their own fees and costs.  Plaintiff passed away, and family members have advised counsel they are uninterested in pursuing this matter.  The defendant, Otis Elevator Company has confirmed through its counsel that it does not oppose this motion.

      DATED this _____ day of _____, 2006 at Juneau, Alaska.

CHOATE LAW FIRM LLC

s/*Mark Choate*
_____
MARK CHOATE
424 N. Franklin Street
Juneau, AK 99801
Phone: (907) 586-4490
Fax: (907) 586-6633
EM: lawyers@choatelawfirm.com
AK Bar: 8011070

Attorneys for Plaintiff

**PROOF OF SERVICE**

STATE OF ALASKA, FIRST JUDICIAL DISTRICT AT JUNEAU

I am employed in the City and Borough of Juneau, State of Alaska. I am over the age of 18 and not a party to the within action. My business address is 424 N. Franklin Street, Juneau, AK 99801.

On November 22, 2006, I served the foregoing document described as ***Non-Opposed Motion to Dismiss***, on the interested parties in this action by serving the original true copies, addressed as follows:

William Earnhart
Richmond & Quinn
Attorney For: Otis Elevator Company
360 "K" Street, Ste. 200
Anchorage, AK  99501
Phone: (907) 276-5727
Fax: (907) 276-2953

☒ By mail, I deposited such envelope(s) in the mail at Juneau, Alaska, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Juneau, Alaska, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ By personal service, I delivered such envelope(s) by hand to the ☐ office(s); ☐ the court box of the addressee(s).

☐ By facsimile, I transmitted such documents from Juneau, Alaska, to the offices of the addressee(s).

☐ By email, I transmitted such documents from Juneau, Alaska, to the email address of the addressee(s).

☒ By electronic service through the court of record's electronic service system.

☐ (State) I declare under penalty of perjury under the laws of the State of Alaska that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on November 22, 2006 at Juneau, Alaska.

_____s/*Mark Choate*_____
CHOATE LAW FIRM, LLC

2 of 2

*Nortier, Elizabeth v. Otis Elevator Company (1:06-CV-00003 JWS) [22955].*
NON-OPPOSED MOTION TO DISMISS
1:06-CV-00003 JWS

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska  99801
(907) 586-4490