# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

ELIZABETH A. NORTIER,           )
              Plaintiff,           )
                  vs.           )
OTIS ELEVATOR COMPANY,           )
             Defendant.           )  Case No. 1:06-CV-00003 JWS

## **ORDER GRANTING NON-OPPOSED MOTION TO DISMISS**

The Court having considered the plaintiff's non-opposed motion to dismiss, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear their own costs and fees.

DATED this _____ day of _____, 2006.

                                        _____
                                        John W. Sedwick
                                        United States District Judge

**CHOATE LAW FIRM LLC**
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490