**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT JUNEAU**

| | |
|---|---|
| ELIZABETH A. NORTIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| OTIS ELEVATOR COMPANY, ) | |
| ) | |
| Defendant. ) | Case No. 1:06-CV-00003 JWS |

**ORDER GRANTING NON-OPPOSED MOTION TO DISMISS**

The Court having considered the plaintiff's non-opposed motion to dismiss, and being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear their own costs and fees.

DATED this 28th day of November, 2006.

/s/
John W. Sedwick
United States District Judge

CHOATE LAW FIRM LLC
424 North Franklin Street
Juneau, Alaska 99801
(907) 586-4490

1 of 1
*Nortier, Elizabeth v. Otis Elevator Company (1:06-CV-00003 JWS) [22955].*
ORDER GRANTING MOTION TO DISMISS
1:06-CV-00003 JWS